**Order entered July 22, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00046-CV

### EX PARTE CHARLES RAY MASON

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. X06-310-H**

## ORDER

Before Justices Francis, Lang, and Evans

We **DENY** Charles Ray Mason's June 24, 2013 Motion to Strike and June 24, 2013 Motion for Rehearing.

/Molly Francis/

_____
JUSTICE MOLLY FRANCIS